# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Chester Keith Dennis, | ) | Case No.: 1:22-cr-00179 |
| | ) | |
| Defendant. | ) | |

On September 25, 2024, the District of Minnesota held an initial appearance for Defendant. (Doc. No. 31). On September 30, 2024, the court held a detention hearing, where Defendant was conditionally released to Bell Hill Recovery Center in Wadena, Minnesota. (Doc. Nos. 31, 31-6). On October 8, 2024, the District of North Dakota conducted a Pretrial Release Revocation Hearing. (Doc. No. 34). For the reasons articulated on the record, the court adopted the release conditions imposed by the District of Minnesota, subject to modifications. (Doc. No. 35).

On November 13, 2024, Defendant filed a *Motion to Amend Order Setting Conditions of Release*. (Doc. No. 41). Defendant requests the court modify his release conditions so he may be permitted to reside at Riverplace Counseling Center in Sawyer, Minnesota. Defendant notes Bell Hill Recovery Center will be closing soon, and he has an intake scheduled with Riverplace Counseling Center on November 14, 2024.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 41). Defendant shall be permitted to reside at Riverplace Counseling Center, subject to the results of his intake. Defendant shall be transported by his Social Worker to Riverplace Counseling Center on November 14, 2024, at 11:00AM for intake scheduled for 1:30PM.

Defendant remains subject to all his previously imposed conditions of release, with the following modification:

1) Defendant shall reside at Riverplace Counseling Center and shall not change this residence without approval of the pretrial officer.

If Defendant is unable to be transported to Riverplace Counseling Center as anticipated or is not approved by the facility, he shall immediately report to the United States Marshal pending further order of the court.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
Untied States District Court