# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Chester Keith Dennis, | ) | Case No.: 1:22-cr-00179 |
| | ) | |
| Defendant. | ) | |

On November 13, 2024, Defendant filed a *Motion to Amend Order Setting Conditions of Release*. (Doc. No. 41). Defendant requested the court modify his release conditions so he may be permitted to transition from Bell Hill Recovery Center to Riverplace Counseling Center. On November 14, 2024, the court granted Defendant's motion. (Doc. No. 42).

The same day, Defendant filed a supplement to his motion. (Doc. No. 43). Defendant advised he had to reschedule his intake date with Riverplace Counseling Center from November 14, 2024, to November 20, 2024, at 1:30PM. Defendant also notes the facility is located in Anoka, Minnesota.

Accordingly, the court is inclined to amend its prior order. (*See* Doc. No. 42). Defendant shall be permitted to reside at Riverplace Counseling Center in Anoka, Minnesota. Defendant shall be transported by a representative of the Hennepin County Social Services DART team on November 20, 2024, at 11:00AM for intake scheduled for 1:30PM.

Defendant remains subject to all his previously imposed conditions of release. If he is unable to be transported to Riverplace Counseling Center as anticipated or is not approved by the facility, he shall immediately report to the United States Marshal pending further order.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
