IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Chester Keith Dennis, | ) | Case No.: 1:22-cr-00179 |
| | ) | |
| Defendant. | ) | |

On November 13, 2024, Defendant filed a motion to amend order setting conditions of release so that he may transition from Bell Hill Recovery Center in Wadena, Minnesota to Riverplace Counseling Center. (Doc. No. 41). On November 14, 2024, the court granted Defendant's motion. (Doc. No. 42).

On November 14, 2024, Defendant filed a supplement to the motion to amend order setting conditions of release. (Doc. No. 43). He advised his intake date with Riverplace Counseling Center was rescheduled from November 14, 2024, to November 20, 2024. He also noted the facility was located in Anoka, Minnesota. The same day, the court issued an amended order permitting Defendant to transition to Riverplace Counseling Center in Anoka, Minnesota for intake on November 20, 2024. (Doc. No. 45).

On November 21, 2024, Defendant filed an *Amended Motion to Amend Order Setting Conditions of Release*. (Doc. No. 46). Defendant advised that upon arrival at Riverplace Counseling Center, he was advised the facility would not be able to accommodate his level of needs, and he was discharged. Defendant is currently at the emergency department of the hospital.

Defendant now requests the court modify his conditions of release to permit him to reside at NorthStar Regional Treatment Center in Otsego, Minnesota. Defendant's intake is currently

scheduled for November 22, 2024, at 8:30AM, and he can be transported from the hospital to the facility by a social worker with the Hennepin County Social Services DART team.

The court is inclined to **GRANT** Defendant's motion. (Doc. No. 46). Defendant shall be permitted to reside at NorthStar Regional Treatment Center in Otsego, Minnesota. Defendant shall be transported by a representative of the Hennepin County Social Services DART team on November 22, 2024, at 7:30AM for intake scheduled at 8:30AM.

Defendant remains subject to all previously imposed conditions of release, with the following modification:

1) Defendant shall reside at NorthStar Regional Treatment Center and shall not change this residence without approval of the pretrial officer.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2024.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court